# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **AMENDED ORDER** |
| vs. | ) | |
| Emily Jo Andrist, | ) | |
| | ) | Case No. 1:19-cr-073 |
| Defendant. | ) | |

The court previously issued an order conditionally releasing to Centre, Inc. in Mandan, North Dakota. (Doc. No. 69). On March 25, 2020, defendant filed a filed a Motion for Furlough. She requests to be furloughed from 1:00 p.m. on March 29, 2020, until 7:00 p.m. on March 31, 2020, so that she can attend her brother's funeral in Minot on March 30, 2020.

There being no objection from the United States, the court **GRANTS** defendant's motion (Doc. No. 166) in part. Defendant shall be released to her mother no earlier than 8:00 a.m. on March 30, 2020. She shall reside with her mother while on furlough. She shall return to Centre, Inc. by 1:00 p.m. on March 31, 2020. She should be mindful that all other conditions of her release remain in effect while on furlough.

**IT IS SO ORDERED.**

Dated this 25th day of March, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court