**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

United States of America,    )
                             )
          Plaintiff,         )    **ORDER GRANTING MOTION TO**
                             )    **MODIFY CONDITIONS OF RELEASE**
     vs.                     )
                             )
Emily Jo Andrist,            )
                             )    Case No. 1:19-cr-073
          Defendant.         )

On June 15, 2021, the court issued an order conditionally releasing defendant so that she could travel to and participate in an inpatient treatment program at the Prairie Recovery Center's inpatient treatment facility in Watford City, North Dakota. (Doc. No. 112). The order provided in relevant part that, upon her discharge from the treatment program, defendant was to surrender to the United States Marshal and be remanded into custody pending further order.

On July 19, 2021, defendant filed a Motion to Reconsider Order of Detention. (Doc. No. 117). She expects to be discharged from the Prairie Recovery Center's inpatient treatment program in the very near future. She requests that the court amend its previous order to permit her to reside at The Sanctuary, a sober living home in Minot, North Dakota, upon her discharge from the Prairie Recovery Center's inpatient treatment facility.

There being no objection from the United States, the court **GRANTS** defendant's motion (Doc. No. 117). Defendant's conditions of release shall amended as follows. Defendant shall immediately report to and reside at The Sanctuary in Minot, North Dakota, once discharged from the Prairie Recovery Center's inpatient treatment program. She shall not change this residence without the prior approval of the Pretrial Services Office. She shall comply with all of the

Sanctuary's rules.   She shall participate in further treatment, aftercare, and/or counseling if recommended by the Pretrial Services Officer.   If she is discharged or terminated from The Sanctuary, she shall immediately report to the United States Marshal's office in Bismarck with the understanding that she shall be detained pending further order of the court.   All other conditions of release previously imposed by the court remain in effect.

**IT IS SO ORDERED.**

Dated this 19th day of July , 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court